# Court of Appeals
# of the State of Georgia

ATLANTA,   October 20, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2392. TEMPLES v. THE STATE.**

On September 10, 2015, this Court entered an order directing Appellant Joshua Boone Temples to file his appellate brief and enumeration(s) of error within 20 days and warning him that his appeal would be dismissed if he failed to comply. To date, Temples has not filed his brief or enumeration(s) of error. Accordingly, this appeal is hereby DISMISSED pursuant to Court of Appeals Rules 7 and 23 (a).

Appellant Temples is advised as follows: your appeal has been DISMISSED because no brief and enumeration of errors were filed. If you have decided you do not want to appeal, you need not do anything more. However, if you do still want to appeal, you may have the right to an OUT-OF-TIME APPEAL -- but YOU MUST TAKE ACTION to exercise that right by moving for an out-of-time appeal in the trial court. If your motion for an out-of-time appeal is granted, the trial court should appoint an attorney for you if you want one and cannot pay for one. If your motion for an out-of time appeal is denied, you have the right to appeal that denial to this Court within thirty days of the trial court's decision.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*_____10/20/2015_____
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*